IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CASE NO. CV417-182 |
| ERIC J. PEKARSKI, | ) | |
| Defendant. | ) | |

## O R D E R

Before the Court is Plaintiff's Notice of Voluntary Dismissal. (Doc. 8.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because Defendant has not filed an answer in this case, this case is hereby **DISMISSED WITHOUT PREJUDICE** pursuant to Plaintiff's request. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 8th day of March 2018.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA